B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Kentucky

In re __JW Resources, Inc.__ ,
           Debtor

Case No. _____
Chapter __11__

## CONSOLIDATED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Penn Virginia Operating Co. LLC<br>P.O. Box 102992<br>Atlanta, GA 30368 | Penn Virginia Operating Co. LLC<br>P.O. Box 102992<br>Atlanta, GA 30368 | ACCOUNTS PAYABLE | | $917,591.97 |
| Midland Powder, LLC<br>2691 Andersonville Highway<br>Suite 100<br>Cinton, TN 37716 | Midland Powder, LLC<br>2691 Andersonville Highway<br>Suite 100<br>Cinton, TN 37716 | ACCOUNTS PAYABLE | | $440,819.06 |
| Bell County Sheriff's Department<br>P.O. Box 448<br>Pineville, KY 40977 | Bell County Sheriff's Department<br>P.O. Box 448<br>Pineville, KY 40977 | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | $405,663.73 |
| Whayne Supply Company<br>National City Trust Oper: Misc<br>P.O. Box 94777<br>Cleveland, OH 44101 | Whayne Supply Company<br>National City Trust Oper: Misc<br>P.O. Box 94777<br>Cleveland, OH 44101 | ACCOUNTS PAYABLE | | $351,819.36 |
| Brandeis<br>1801 Watterson Trail<br>Louisville, KY 40299 | Brandeis<br>1801 Watterson Trail<br>Louisville, KY 40299 | ACCOUNTS PAYABLE | | $196,487.62 |
| Linsco Energy, LLC<br>P.O. Box 952<br>23217 Highway 421 North<br>Hyden, KY 41749 | Linsco Energy, LLC<br>P.O. Box 952<br>23217 Highway 421 North<br>Hyden, KY 41749 | ACCOUNTS PAYABLE | | $194,064.00 |
| Eastern Kentucky Equipment Sales & Service<br>1512 North Big Run Road<br>Ashland, KY 41102 | Eastern Kentucky Equipment Sales & Service<br>1512 North Big Run Road<br>Ashland, KY 41102 | ACCOUNTS PAYABLE | | $170,447.43 |
| C B Industries, Inc.<br>997 Cowpen Road<br>Pikeville, KY 41501 | C B Industries, Inc.<br>997 Cowpen Road<br>Pikeville, KY 41501 | ACCOUNTS PAYABLE | | $168,884.29 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Kentucky

In re  JW Resources, Inc.  ,                                    Case No. _____
              Debtor                                              Chapter  11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kentucky State Treasurer<br>Derek Picklesimer<br>Division for Air Quality, Emissions Inv.<br>200 Fair Oaks Lane, 1st Floor<br>Frankfort, KY 40601 | Kentucky State Treasurer<br>Derek Picklesimer<br>Division for Air Quality, Emissions Inv.<br>200 Fair Oaks Lane, 1st Floor<br>Frankfort, KY 40601 | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | $124,034.06 |
| Foundation Royalty Company<br>P.O. Box 858<br>Vinton, VA 24179 | Foundation Royalty Company<br>P.O. Box 858<br>Vinton, VA 24179 | ACCOUNTS PAYABLE | | $109,193.16 |
| Carolina Hydraulics, Inc.<br>P.O. Box 367<br>Kernersville, NC 27285 | Carolina Hydraulics, Inc.<br>P.O. Box 367<br>Kernersville, NC 27285 | ACCOUNTS PAYABLE | | $93,946.08 |
| C & M Giant Tire, LLC<br>980 W. New Circle Road<br>Lexington, KY 40511 | C & M Giant Tire, LLC<br>980 W. New Circle Road<br>Lexington, KY 40511 | ACCOUNTS PAYABLE | | $72,864.05 |
| J. Turner Trucking Co., Inc.<br>1217 Leigh Ave.<br>Pennington Gap, VA 24277 | J. Turner Trucking Co., Inc.<br>1217 Leigh Ave.<br>Pennington Gap, VA 24277 | ACCOUNTS PAYABLE | | $63,674.05 |
| Jack B. Green<br>5153 W. Highway 221<br>Bledsoe, KY 40810 | Jack B. Green<br>5153 W. Highway 221<br>Bledsoe, KY 40810 | ACCOUNTS PAYABLE | | $59,107.53 |
| Summit Engineering, Inc.<br>131 Summit Dr.<br>Pikeville, KY 41501 | Summit Engineering, Inc.<br>131 Summit Dr.<br>Pikeville, KY 41501 | ACCOUNTS PAYABLE | | $52,890.59 |
| Robert Half Finance & Accounting<br>P.O. Box 743295<br>Los Angeles, CA 90074 | Robert Half Finance & Accounting<br>P.O. Box 743295<br>Los Angeles, CA 90074 | ACCOUNTS PAYABLE | | $52,500.00 |
| Stowers Machinery Corporation<br>P.O. Box 14802<br>Knoxville, TN 37914 | Stowers Machinery Corporation<br>P.O. Box 14802<br>Knoxville, TN 37914 | ACCOUNTS PAYABLE | | $49,281.01 |
| LaFollette Mine Supply Co.<br>163 Towe String Rd.<br>Jacksboro, TN 37757 | LaFollette Mine Supply Co.<br>163 Towe String Rd.<br>Jacksboro, TN 37757 | ACCOUNTS PAYABLE | | $43,326.14 |
| FIRST INSURANCE FUNDING<br>P.O. Box 7000<br>Carol Stream, IL 601977000 | FIRST INSURANCE FUNDING<br>P.O. Box 7000<br>Carol Stream, IL 601977000 | ACCOUNTS PAYABLE | | $38,942.69 |
| Industrial Supply Co.<br>P.O. Box 1906<br>Knoxville, TN 37901 | Industrial Supply Co.<br>P.O. Box 1906<br>Knoxville, TN 37901 | ACCOUNTS PAYABLE | | $38,457.11 |

In re   JW Resources, Inc.   Case No._____
           Debtor                                                              (If known)

## DECLARATION REGARDING LIST OF CREDITORS

### DECLARATION UNDER PENALTY OF PERJURY REGARDING the TOP 20 UNSECURED CLAIMS ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Josh Porter, the Authorized Representative of the JW Resources, Inc. named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 20 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   06/29/2015                                                    Signature: _____

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571