# UNITED STATES BANKRUPTCY COURT

## Eastern District of Kentucky

In re: __JW Resources, Inc.__ ,
         **Debtor**

Case No. _____

Chapter __11_____

## LIST OF EQUITY SECURITY HOLDERS

    Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Balantrove Acquisition Company No. 1, LLC<br>Lawrence M. Clark Jr.<br>302A West 12th Street #283<br>New York, NY 10014 | EQUITY | 5,000    18.6% | Common |
| Bayside JW Investors, LLC<br>1450 Brickell Avenue<br>31st Floor<br>Miami, FL 33131 | EQUITY | 20,000    74.4% | Common |
| Byron H. Rubin<br>9850 N. Central Expy<br>Suite 216<br>Dallas, TX 75231 | EQUITY | 1,380    5.1% | Common |
| Samaritan's Feet International<br>P.O. Box 78992<br>Charlotte, NC 28271 | EQUITY | 500    1.9% | Common |

In re   JW Resources, Inc.                                                     Case No._____
                Debtor                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S EQUITY

## Equity Holder List

I, Josh Porter the undersigned authorized officer of JW Resources, Inc., named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

Date: __6/29/15__                                                Signature: _____
                                                                  Title: Authorized Representative