**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 15-_____ (___)** |
| **JW RESOURCES, INC.,** *et al.*,[1] | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**MOTION OF DEBTORS FOR FIRST DAY MOTIONS AND ALL SUBSEQUENT MOTIONS TO BE HEARD IN LEXINGTON DIVISION**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby move this Court (the **"Motion"**), pursuant to Rule 1071-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Kentucky (the "**Local Rules**"), for entry of an order (the "**Order**"), in substantially the form attached hereto as **Exhibit A**, (i) allowing the Debtors to notice this Motion and all other first day motions in these Chapter 11 Cases to be heard in the Lexington Division of the United States Bankruptcy Court for the Eastern District of Kentucky (the "**Lexington Division**") as opposed to the London Division of the United States Bankruptcy Court (the "**London Division**") and (ii) scheduling a final hearing to consider allowing all subsequent motions in these Chapter 11 Cases to be heard in the Lexington Division of this Court. In support of this Motion, the Debtors respectfully state:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in this Chapter 11 Case are (with the last four digits of their federal tax identification numbers in parentheses): JW Resources, Inc. (6400), Straight Creek Coal Mining, Inc. (9073), SCRB Properties, Inc. (1609), and SCRB Processing, Inc. (6470).

2.   As of the date hereof, no creditors' committee, trustee or examiner has been appointed in this Chapter 11 Case.

3.   The statutory basis for the relief requested herein is Local Rule 1071-1.

## BACKGROUND

4.   The Debtors commenced chapter 11 cases under which they are seeking joint administration (the "**Chapter 11 Cases**"), by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code on June 28 and 30, 2015 (the "**Petition Date**").  Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are operating their businesses and managing their affairs as debtors-in-possession.

5.   The Debtors are U.S. producers of thermal coal with mineral reserves, mining operations and coal properties located in the Central Appalachian regions of Kentucky.  By and/or through these operations, the Debtors supply different qualities of coal to its customers.

6.   JW Resources, Inc. ("**JW Resources**") is the parent and sole shareholder of SCRB Properties, Inc., Straight Creek Coal Mining, Inc. and SCRB Processing, Inc.

7.   JW Resources acquired its assets and business operations from Xinergy Corp. in February, 2013 (the "**Straight Creek Acquisition**").  The Debtors' business operations comprise what is known as the "Straight Creek" operations located in Bell, Leslie and Harlan Counties, Kentucky, and the "Red Bird" operations located in Bell, Leslie, Knox, and Clay Counties, Kentucky.

8.   Following the Straight Creek Acquisition, there has been a decrease in the demand for coal and a dramatic increase in the cost of mining and processing coal, due in part to burdensome governmental regulations, with the spot price of coal per ton decreasing by 26% through April 2015.  These factors have contributed to the Debtors' inability to service their

2

secured debt and to sustain its business operations outside of the protections of the Chapter 11 Cases.

9. The Debtors have been unable to obtain needed additional funding from their existing secured lenders, equity holders or other third-parties. In order to maximize the value of the Debtors' assets for the benefit of all stakeholders, the Debtors retained Energy Ventures Analysis, Inc. ("**EVA**") as their investment bankers to pursue a sale of substantially all of the assets of the Debtors as part of the Chapter 11 Cases. Accordingly, the Debtors have filed a motion seeking to sell substantially all of their assets through an open auction process under section 363 of the Bankruptcy Code.

10. Additional information regarding the Debtors' businesses, capital structure, the circumstances leading to the Chapter 11 Cases are contained in the *Debtors' Declaration in Support of First Day Motions* (the "**First Day Declaration**").

## RELIEF REQUESTED

11. Under 28 U.S.C. § 1408, the appropriate venue for a Chapter 11 case is the principal place of business of the entity or entities that are the subjects of the case. Thus, the appropriate division for the Chapter 11 Cases is the London Division. However, pursuant to Local Rule 1071-1(b), this Court may act upon a motion requesting that hearings be held in a different division, if the motion is filed contemporaneously with the petition.

12. The Debtors submit that by allowing this Motion, all first day motions and all subsequent motions to be heard in the Lexington Division, as opposed to the London Division, this Court will allow for the Chapter 11 Cases to be administered in a more cost-effective manner, not just for the Debtors, but also for the Debtors' creditors and/or any and/or all other parties in interest. As a result, the Debtors will be able to preserve assets for the benefit of their estates.

13. As is obvious from the filing of this Motion and all first day motions, the Debtors have sought to retain Frost Brown Todd LLC as their counsel in these Chapter 11 Cases. Frost Brown Todd LLC maintains an office in Lexington, Kentucky, which will allow the Debtors to maintain costs more efficiently if hearings are held in the Lexington Division.

14. Furthermore, upon information and belief, many of the Debtors' creditors have or will retain counsel in Lexington, Kentucky. By holding all conferences and hearings in these Chapter 11 Cases, whether those on this Motion, all first day motions or all subsequent motions and matters, in the Lexington Division, the Debtors believe that a majority of their creditors and other parties in interest, including, but not limited to, the United States Trustee, will be able to attend hearings in a more efficient and cost-effective manner. The Debtors do not believe that granting this Motion will inconvenience any party in interest.

15. The Debtors also submit that to the extent that any emergency or irregular hearings are required in the Chapter 11 Cases, scheduling hearings for Lexington, Kentucky will be more efficient for the Court, the United States Trustee and counsel for interested parties that need to appear.

## NOTICE

16. No trustee or examiner has been appointed in these cases. Notice of this Motion has been given to (i) the Office of the United States Trustee for the Eastern District of Kentucky; (ii) the Debtors' 20 largest unsecured creditors on a consolidated basis; (iii) GB Credit Partners, LLC; (iv) counsel for GB Credit Partners, LLC; (v) Bayside JW Resources, LLC; (vi) counsel for Bayside JW Resources, LLC; (vii) all parties asserting a security interest in the assets of the Debtors to the extent reasonably known to the Debtors, i.e., GB Credit Partners, LLC, Bayside JW Resources, LLC, Bill Miller Equipment Sales, Inc., Komatsu Financial Limited Partnership; (viii) all parties to equipment leases with the Debtors to the

extent reasonably known to the Debtors; (ix) all parties asserting a surety bond interest in the assets of the Debtors to the extent reasonably known to the Debtors, i.e., Smith Manus Surety Bonds, Commonwealth of Kentucky, Energy and Environment Cabinet, Department of Natural Resources, Commonwealth of Kentucky, Energy and Environment Cabinet, Division of Mine Reclamation and Enforcement, Kentucky Utilities, Cumberland Valley Electric, Inc., United States of America, Department of the Interior, Bureau of Land Management, Bond Safeguard Insurance Co., Lexon Surety Group; (x) all parties asserting a taxing interest in the assets of the Debtors to the extent reasonably known to the Debtors, i.e. Kentucky Department of Revenue, Kentucky Workers Compensation Fund, Kentucky Department of Natural Resources, Tennessee Department of Revenue, US Department of Treasury, and US Department of Interior-Office of Surface Mining; (xi) counsel to any party in pending litigation with the Debtors; and (xii) those entities specifically affected by a specific motion. Because of the exigencies of the circumstances and the irreparable harm to the Debtors that will ensue if the relief requested herein is not granted, the Debtors submit that no other notice need be given. **Please take notice that the Debtor has filed a Motion for an Expedited Hearing to consider First Day Motions, including the foregoing.**

## NO PRIOR REQUEST

17.     No prior motion for the relief requested herein has been made to this Court or any other court.

WHEREFORE, the Debtors respectfully request that this Court enter the Order, substantially in the form attached hereto as **Exhibit A**, (i) allowing the Debtors to notice this Motion and all other first day motions in the Chapter 11 Cases to be heard in the Lexington Division as opposed to the London Division, (ii) scheduling a final hearing to consider allowing

all subsequent motions in the Chapter 11 Cases to be heard in the Lexington Division of this Court, and (iii) granting such other and further relief as this Court deems appropriate.

Dated:   June 30, 2015 

Respectfully submitted,

**FROST BROWN TODD LLC**

By:   */s/ Paige L. Ellerman*
Ronald E. Gold, Esq.
(Ohio Bar No. 0061351)
Douglas L. Lutz, Esq.
(Ohio Bar No.0064761)
Paige L. Ellerman, Esq.
(KY Bar No. 0088172)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel:  (513) 651-6800
Fax:  (513) 651-6981
E-mail:  rgold@fbtlaw.com
E-mail: dlutz@fbtlaw.com
E-mail: pellerman@fbtlaw.com

-and-

Adam R. Kegley, Esq.
250 West Main Street, Suite 2800
Lexington, Kentucky  40507
Tel: (859) 231-0000
Fax: (859) 231-0011
E-mail: akegley@fbtlaw.com

**PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION**