UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
London Division

In re:

JW Resources, Inc.                              Case No. 15-60831
                                                Chapter 11
        Debtor.

**Appointment of Official Committee of Unsecured Creditors**

Samuel K. Crocker, United States Trustee, pursuant to 11 U.S.C. §

1102(a)(1), appoints the following creditors to serve on the Official Committee

of Unsecured Creditors:

**Whayne Supply Co.**
c/o Karen Ferris and Amy Brock Williams
10001 Linn Station Road
Louisville, KY 40223
(502) 774-4441 Telephone
Karen_Ferris@Whayne.com
Amy_Brock@Whayne.com
**Interim Chair**

**C & M Giant Tire, LLC**
c/o Doug Chambers - Partner
980 W. New Circle Road
Lexington, KY 40511
(859) 281-1320 Telephone
doug@cmgianttire.com

**Summit Engineering, Inc.**
c/o Philip R. Elswick, President
131 Summit Drive
Pikeville, KY 41501-1506
(606) 432-1447 Telephone
pelswick@summit-engr.com

The United States Trustee reserves the right to modify the composition of this Committee if circumstances warrant.

Dated: July 8, 2015

**Samuel K. Crocker**
United States Trustee

By:*/s/ Rachelle C. Dodson*
    John L. Daugherty
    Assistant U.S. Trustee
    Rachelle C. Dodson
    Trial Attorney
    Office of the U.S. Trustee
    100 E. Vine St., Suite 500
    Lexington, KY 40507
    (859) 233-2822

## Certificate of Service

I certify that on July 8, 2015, I served a copy of the foregoing (i) via first class mail, postage prepaid, upon the above Committee members and all parties in interest on the mailing matrix for this case, and (ii) via ECF noticing upon all parties registered to receive notice electronically.

*/s/ Rachelle C. Dodson*
Rachelle C. Dodson

2